UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO W. WEILERT, | No. 2:19-cv-02286-MCE-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| NATIONSTAR MORTGAGE LLC et al., | |
| Defendants. | |

On the court's own motion, the hearing on defendant's motion to dismiss this matter scheduled for December 18, 2019, is vacated and rescheduled to January 22, 2020. Additionally, the Clerk of Court is to send plaintiff a copy of defendants' motion to dismiss (ECF No. 7) and a copy of this order at the following address: Otto Weilert 6166 Pleasant Valley Rd # 117, El Dorado, CA 95623. Plaintiff shall file an opposition, or statement of non-opposition, no less than fourteen days prior to the hearing date, and defendants may reply within seven days thereafter.

Accordingly, it is hereby ordered that:

1. The hearing scheduled for December 18, 2019, is vacated and rescheduled for January 22, 2020 at 10:00 a.m.;

////

////

1

2. The Clerk of Court is to send a copy of defendants' motion to dismiss (ECF No. 7) and a copy of this order to: Otto Weilert 6166 Pleasant Valley Rd # 117, El Dorado, CA 95623; and

3. Plaintiff shall file an opposition, or statement of non-opposition, to the defendants' motion to dismiss no less than fourteen prior to the new hearing date of January 22, 2020. Defendants may file a reply within seven days thereafter.

Dated: December 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.2286.weil