UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO W. WEILERT,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC et al.,<br><br>Defendants. | No. 2:19-cv-02286-MCE-CKD PS<br><br><br><br>ORDER<br><br>(ECF No. 7) |

Before the court is defendant's motion to dismiss. (ECF No. 7.) The court previously vacated a hearing on this motion to ensure plaintiff had notice of the proceedings. (ECF No. 12.) The court also ordered plaintiff to file a response to defendant's motion to dismiss within 14 days of the rescheduled hearing. (Id.) That date has passed, and plaintiff has failed to respond to defendant's motion or file anything with the court.

Therefore, on the court's own motion, the hearing in this matter scheduled for January 22, 2020, is vacated and defendant's motion to dismiss is taken under submission. Additionally, within 14 days from this order, plaintiff is ordered to show cause as to why the court should not issue sanctions, including dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), against him. Plaintiff is additionally reminded that pursuant to Local Rule 183(b) he is required to keep the court advised of his current address.

///

1

Accordingly, it is hereby ordered that:

1. The hearing scheduled for January 22, 2020, is vacated and defendant's motion (ECF No. 7) is taken under submission; and

2. Within 14 days from this order, plaintiff is to show cause as to why the court should not issue sanctions, including dismissal, for failure to prosecute his claim and keep the court informed of his current address.

Dated: January 16, 2020

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.2286.weil