UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO W. WEILERT,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC et al.,<br><br>Defendants. | No. 2:19-cv-02286-MCE-CKD PS<br><br>ORDER |

On February 27, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

1

| | |
|---:|---|
| 1 | The court has reviewed the applicable legal standards and, good cause appearing, |
| 2 | concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full. |
| 3 | Accordingly, IT IS ORDERED that: |
| 4 | 1. The Findings and Recommendations filed February 27, 2020, are ADOPTED; |
| 5 | 2. The action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure |
| 6 | 41(b); and |
| 7 | 3. The Clerk of Court is directed to close this case. |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: April 1, 2020 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE